Fill in this information to identity the case:

Debtor 1: BRIAN AXELROOD

Debtor 2

United States Bankruptcy Court for the: ILLINOIS NORTHERN

Case No. 13-39349

District of Chicago
(State)

Form 4100R
**RESPONSE TO NOTICE OF FINAL CURE PAYMENT**                                  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of Creditor: New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing        Court claim no. 1-1

**Last 4 digit**s of any number used to identify the debtor's account: 4585
**Property address: 800 WHITE BIRCH LN LAKE ZURICH, IL 60047 -2664**

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the petition is:

### Part 3: Postpetition Mortgage Payment

Check one:

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payment from the debtor(s) is due on: 12/1/2017

☐ Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $1937.51 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | (b) $ | $217.40 |
| c. **Total.** Add lines a and b. | (c) $ | $2154.91 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of the response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this Notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Maggalene Generette     Date 01/04/2018
Signature

Print    Maggalene Generette     Title    Bankruptcy Case Manager

Company    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

**If different than the notice address listed on the proof of claim to which this response applies:**

Address    P.O. Box 10826
Greenville, SC 29603

Contact phone    800-365-7108     Email    mtgbk@shellpointmtg.com



MONDAY - FRIDAY:  8AM - 10PM ET
SATURDAY:  8AM - 3PM ET

PHONE NUMBER:   (800) 365-7107
FAX NUMBER:  (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**Brian M Axelrood  -  Loan ID #0578214585**

## FEE DETAILS

| **Description** | **Amount** |
|---|---|
| Late Charge Payment | 146.90 |
| Property Inspection | $70.50 |
| | **$217.40** |

PO1.rpt
1/4/2018

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:<br>Fax:              (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    Brian M Axelrood
    Debtor 2

Case No:    1339349

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 1/4/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532-4350


Timothy M Hughes
Lavelle Law, Ltd
501 West Colfax
Palatine, IL  60067


Brian M Axelrood

800 White Birch Ln
Lake Zurich IL  60047


/s/ Maggalene Generette